ORIGINAL

FILED
MAY - 8 2018
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. |
| OSCAR SUAREZ-SUAREZ (01) | 4-18CR0107 O |

INDICTMENT

The Grand Jury Charges:

Count One

Illegal Reentry After Deportation
(Violation of 8 U.S.C. § 1326(a) and (b)(1))

On or about January 19, 2018 in the Fort Worth Division of the Northern District of Texas, defendant **Oscar Suarez-Suarez,** an alien, was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about May 24, 2012, and that the defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
J. MICHAEL WORLEY
Assistant United States Attorney
Texas State Bar No.   22001400
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

**Indictment - Page 2 of 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

OSCAR SUAREZ-SUAREZ (01)

INDICTMENT

8 U.S.C. § 1326(a) and (b)(1)
Illegal Reentry After Deportation
1 Count

A true bill rendered

DALLAS                                                                    FOREPERSON

Filed in open court this 8th day of May, 2018.

**Warrant to be Issued - In ICE Custody**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending